**IN RE APPEAL OF THE MAHARISHI SPIRITUAL CTR. OF AM.**

[357 N.C. 152 (2003)]

IN THE MATTER OF THE APPEAL OF: THE MAHARISHI SPIRITUAL CENTER OF AMERICA, 639 WHISPERING HILLS ROAD, SUITE 112, BOONE, NORTH CAROLINA 28607

From the listing and taxation of the herein described property by Watauga County for 1999

No. 506A02

(Filed 2 May 2003)

**Taxation— ad valorem—educational exemption—Maharishi Spiritual Center**

The decision of the Court of Appeals that the Property Tax Commission erred by concluding that the Maharishi Spiritual Center did not qualify for an educational exemption from ad valorem taxes is reversed for the reasons stated in the dissenting opinion that the evidence supported the Commission's finding and conclusion that the Spiritual Center's facilities are not wholly and exclusively used for educational purposes.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 152 N.C. App. 269, 569 S.E.2d 3 (2002), reversing in part and remanding in part a final decision entered 27 December 2000 by the North Carolina Property Tax Commission. Heard in the Supreme Court 7 April 2003.

*Moore & Van Allen, PLLC, by Charles H. Mercer, Jr.; John S. Hughes; and Reed J. Hollander, for appellee taxpayer.*

*Parker, Poe, Adams & Bernstein, by Charles C. Meeker and John J. Butler; and Jeffery M. Hedrick, Watauga County Attorney, for appellant Watauga County.*

PER CURIAM.

For the reasons stated in the dissenting opinion, we reverse the decision of the Court of Appeals.

REVERSED.